# Criminal Case Cover Sheet         U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00098**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ___ No _X_**   **Matter to be sealed: _X_ Yes ___ No**

Defendant Name ___Kil Ja Lee___

Alias Name _____

Address _____

_____Tamuning, GU_____

RECEIVED NOV 1 5 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Birthdate _xx/xx/1967_  SS# ___  Sex _F_  Race _A_  Nationality _Korean_

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

**Interpreter:** ___No _X_ Yes   List language and/or dialect: ___Korean___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 1028(a)(7) | Fraud In Connection w/Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _NOV 1 5 2006_   Signature of AUSA: _____