1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00098 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER SEALING CASE** |
| KIL JA LEE, | ) |
| Defendant. | ) |

Upon motion by the Government and for good cause shown,

IT IS HEREBY ORDERED that the record in the above-captioned case be sealed.

DATED this 16th day of November 2006, *nunc pro tunc* to November 15, 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**