# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

V.

KIL JA LEE

**WARRANT FOR ARREST**

Case Number: CR-06-00098

**FILED**
DISTRICT COURT OF GUAM
MAY 23 2007
MARY L.M. MORAN
~~CLERK OF COURT~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KIL JA LEE _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

in violation of Title ____18____ United States Code, Section(s) ____2 & 1028(a)(7)____

| MARILYN B. ALCON | *signature: Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 11/15/2006    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

OIS, Sirena Plaza, Suite 100 Hagatna

| DATE RECEIVED 11/15/2006 | NAME AND TITLE OF ARRESTING OFFICER SA William C. Kim, JR  FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/22/2007 | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: KIL JA LEE

ALIAS: 

LAST KNOWN RESIDENCE: 

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH: 

SOCIAL SECURITY NUMBER: 

HEIGHT: WEIGHT: 

SEX: RACE: 

HAIR: EYES: 

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: