PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| **TO**: | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | Carmen D. O'Mallan, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**  [ ] **Disposition of Original Notice**

**Date:** May 23, 2007  **Date:**

**BY:** Anita A. Sukola
Designated Judge  **BY:**

---

| Defendant: | **LEE, Kil Ja** | Case Number: | **CRIMINAL Case No. 06-00098-001** |
| Date of Birth: | **XX-XX-1967** | Place of Birth: | **Inchon, Republic of Korea** |
| SSN: | **N/A** | Alien ("A") Number: | **N/A** |

**NOTICE OF COURT ORDER** (Order Date: **May 23, 2007**)

[X] The above-named defendant surrendered Passport Number **XXXXXXX** (Issuing Country: **Republic of Korea**) to the custody of the U.S. Probation Office on **May 23, 2007**.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)