LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00098 |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | **Re: Application to Seal United States** |
| vs. ) | **Application to Disclose Certain Tax** |
| ) | **Information and Order** |
| KIL JA LEE, ) | |
| ) | |
| Defendant. ) | |

Through an application to seal the Application to Seal the United States' Application to Disclose Certain Tax Information Order having come before this Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the United States' Application to Disclose Certain Tax Information shall be filed under seal and remain sealed until further order of the Court.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Jun 04, 2007**