LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00098 |
| Plaintiff, | |
| vs. | ORDER PERMITTING DISCLOSURE OF CERTAIN TAX INFORMATION |
| KIL JA LEE, | |
| Defendant. | |

This matter comes before the Court upon the filing of an application, pursuant to Title 26, United States Code Section 6103(i)(4)(A), to allow the government to disclose certain tax information as set forth in the application to defense attorney Mark Kondas.

The Court finds that the disclosure of such information is probative of a matter in issue relevant in establishing the commission of a crime and the guilt or liability of a party.

IT IS THEREFORE ORDERED that the United States of America may disclose to defense attorney Mark Kondas the tax information as set forth in its application filed on May 24, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 04, 2007