Mark E. Kondas, Esq.
L.A. BAUMANN & ASSOCIATES
Suite 903, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
TEL: (671) 477-9084
FAX: (671) 477-9087

Attorneys for KIL JA LEE

FILED
DISTRICT COURT OF GUAM
JUN 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00098 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE** ~~AND ORDER~~ |
| KIL JA LEE, ) | |
| Defendant. ) | |

The United States of America, by and through the undersigned counsel, and the defendant, Kil Ja Lee, by and through her counsel Mark E. Kondas, hereby stipulate and agree to modify paragraph 7(g) of the Order Setting Conditions of Release; to wit, that the U.S. Pretrial/Probation Office give defendant's Korean Passport to a representative of the Law Offices of Baumann and Associates. The law office needs the passport so it can assist defendant in applying for a social security number. Defendant's passport shall be returned immediately to the

//

//

//

//

U.S. Pretrial/Probation Office after defendant has applied for the social security number. All other conditions of release shall remain in effect.

SO STIPULATED:

L.A. BAUMANN & ASSOCIATES

Date: 6/19/07    By: _____
MARK E. KONDAS
Attorneys for Defendant

UNITED STATES ATTORNEY
DISTRICTS OF GUAM and CNMI

Date: 6/19/07    By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

****ORDER****

APROVED AND SO ORDERED.

DATED: _____

_____
HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

L. A. BAUMANN
GARY D. HULL
ATTORNEYS AT LAW
SUITE 903
PACIFIC NEWS BUILDING
238 ARCHBISHOP FLORES ST.
HAGATNA, GUAM 96910
477-9084