Mark E. Kondas, Esq.
L.A. BAUMANN & ASSOCIATES
Suite 903, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910
TEL: (671) 477-9084
FAX: (671) 477-9087

Attorneys for KIL JA LEE

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00098 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO MODIFY ORDER SETTING CONDITIONS OF RELEASE** |
| KIL JA LEE, | ) | |
| Defendant. | ) | |

Upon the Parties stipulation to modify paragraph 7(g) of the Order Setting Conditions of Release, the Court hereby orders the U.S. Probation Office to Release Defendant's passport to a Representative of the Law Offices of Baumann and Associates so Defendant may apply for a Social Security number. The Law Offices of Baumann and Associates shall surrender the passport to the U.S. Probation Office after Defendant has applied for a Social Security number.

IT IS SO ORDERED.

DATED: June 21/07

Frances M. Tydingco-Gatewood
Chief Judge