```
1  KLee.MDC
2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334
```

FILED
DISTRICT COURT OF GUAM
JUN 26 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KIL JA LEE, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 06-00098<br><br>**MOTION TO DISMISS COMPLAINT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause, as to defendant KIL JA LEE, be dismissed, for the reason that the defendant has been charged through an Information on June 25, 2007. Said Information has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this _25th_ day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney