KLee.COR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KIL JA LEE,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00098<br><br>**ERRATUM**<br><br>**GOVERNMENT'S MOTION<br>TO DISMISS INDICTMENT** |

COMES NOW the United States and hereby files with the Court an Erratum to correct the caption, and text, in the above styled matter, to reflect Government's Motion to Dismiss "Indictment" versus "Complaint."

Respectfully submitted this 9th day of July, 2007.

                                                    LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and NMI

                                  By: _____
                                         KARON V. JOHNSON
                                         Assistant U.S. Attorney

ORIGINAL