## UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**: Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**

☒ **Disposition of Original Notice**

**Date:** **May 23, 2007**

**BY:** **Anita A. Sukola**
**Designated Judge**

**Date:** **July 6, 2007**

**BY:** **Frances M. Tydingco-Gatewood**
**Chief Judge**

| | | | |
|---|---|---|---|
| Defendant: | **LEE, Kil Ja** | Case Number: | **CRIMINAL Case No. 06-00098-001** |
| Date of Birth: | **XX-XX-1967** | Place of Birth: | **Inchon, Republic of Korea** |
| SSN: | **N/A** | Alien ("A") Number: | **N/A** |

**NOTICE OF COURT ORDER** (Order Date: **May 23, 2007** )

☒ The above-named defendant surrendered Passport Number **XXXXXXXXX** (Issuing Country: **Republic of Korea** ) to the custody of the U.S. Probation Office on **May 23, 2007**.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☒ Defendant not convicted. **Case dismissed on July 6, 2007.**

☐ Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
✓ Not Convicted - Document returned to defendant.
☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)